```
                                                        U.S. DISTRICT COURT
                                                        DISTRICT OF VERMONT
                                                              FILED
              UNITED STATES DISTRICT COURT
                      FOR THE                           2022 SEP 16 PM 3: 35
                DISTRICT OF VERMONT
                                                              CLERK
                                                         BY_____
                                                            DEPUTY CLERK
```

| | |
|---|---|
| TAMARA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:22-cv-156 |
| | ) |
| TANJA HINTERSTOISSER | ) |
| and MICHAEL ZEMENY, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On August 16, 2022, plaintiff Tamara Brown, a Mississippi resident representing herself, submitted a proposed Complaint alleging violations of her civil rights by Defendants Tanja Hinterstoisser and Michael Zemeny, in connection with her education at Champlain College's Healthcare Administration Program. (Doc. 1-2.) Plaintiff sought to proceed without prepayment of fees, or *in forma pauperis* ("IFP"), under 28 U.S.C. § 1915. (Doc. 1.)

By Order dated August 22, 2022, the court denied Plaintiff's IFP application and ordered that she pay the filing fee or submit a new IFP Application with a financial affidavit making the showing required under § 1915(a)(1) by September 9, 2022, or this case would be closed. (*See* Doc. 3.) To date, the filing fee has not been paid and no further filings have been received. Accordingly, this case is DISMISSED without prejudice; the Clerk of Court is directed to close the case file.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 16th day of September 2022.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court